UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>GEOFFREY ALAN CLARINE,<br><br>             Defendant. | CASE NO. CR10-5756 BHS<br><br>ORDER GRANTING MOTION TO WITHDRAW AND DIRECTING DEFENDANT TO SHOW CAUSE |

This matter comes before the Court on C. Thomas Arkoosh's ("Arkoosh") motion to withdraw as counsel (Dkt. 6) and defendant Geoffrey Alan Clarine "Clarine" motion for early termination of supervised release (Dkt. 4). The Court has considered the pleadings filed in support of the motions and the remainder of the file. For the reasons stated herein, the Court grants the motion to withdraw and orders the Clarine to show cause regarding the motion for early termination of supervised release.

On January 18, 2013, Arkoosh, attorney for Clarine, filed a motion to withdraw. Dkt. 6. Arkoosh states that his motion is made at the request of his client. *Id*. at 1-2

ORDER - 1

1  (*citing* Dkt. 7 at 2).  No response has been made by Clarine, who has been given notice of
2  the motion (Dkts. 6 & 7 at 3).
3       Pursuant to Local Civil Rule 83.2(b)(1), the Court may in its discretion grant the
4  motion.  The Court finds that the motion is made at the request of Clarine and that there
5  is no prejudice to him by granting the request.
6       On September 26, 2012, Arkoosh filed a motion for early termination of
7  supervised release.  Dkt. 4.  Clarine, either pro se or through his attorney , is ordered to
8  show cause, on or before February 8, 2013, as to why that pending motion should not be
9  denied in view of the memorandum of his probation officer, Todd A. Wilson, dated
10 January 22, 2013, in which denial is recommended.
11      Therefore, it is hereby **ORDERED** that Arkoosh's motion to withdraw (Dkt. 6) is
12 **GRANTED** and Clarine is ordered to **SHOW CAUSE by FEBRUARY 28, 2013,**
13 regarding his motion for early termination of supervised release (Dkt. 4).  The Clerk is
14 directed to send a copy of this Order to Clarine at P.O. Box 338, Bay Center, WA 98527.
15      Dated this 29th day of January, 2013.

                                      BENJAMIN H. SETTLE
                                      United States District Judge