UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEOFFREY ALAN CLARINE,<br><br>　　　　　Defendant. | CASE NO. CR10-5756 BHS<br><br>ORDER |

This matter comes before the Court on Defendant's motion requesting early termination of supervised release. Dkt. 4. The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

On September 26, 2012, Defendant, through his attorney C. Thomas Arkoosh, filed a motion for early termination. Dkt. 4. On January 18, 2013, Mr. Arkoosh filed a motion to withdraw. Dkt. 6. On January 22, 2013, the Probation office informed the Court that on December 14, 2012, Defendant pled guilty to negligent driving in the first degree in Pacific County Superior Court. On January 29, 2013, the Court entered an order

1 | granting Mr. Arkoosh's motion to withdraw and directing Defendant to show cause by
2 | February 28, 2013 why his motion for early termination should not be denied. No
3 | response has been filed.

4 |     The conviction of negligent driving warrants denial of the motion for early
5 | termination. Therefore, it is hereby

6 |     ORDERED that the motion for early termination of supervised release is
7 | DENIED.

8 |     Dated this 11th day of March, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge